NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JACK L. ARONOWITZ,**
*Plaintiff-Appellant,*

**v.**

**HOME DIAGNOSTICS, INC.,**
*Defendant-Appellee.*

---

2010-1431

---

Appeal from the United States District Court for the Southern District of Florida in No. 93-CV-6999, Judge Joan A. Lenard.

---

**JUDGMENT**

---

BERNARDO BURSTEIN, Burstein & Associates, P.A., of North Miami, Florida, argued for plaintiff-appellant. Of counsel was ROBERT A. BOUVATTE, JR.

M. GLENN CURRAN, III, Curran Law Group, of Fort Lauderdale, Florida, argued for defendant-appellee. Of counsel on the brief were DALE P. DIMAGGIO, Malin Haley DiMaggio Bowen & Lhota, P.A., of Fort Lauderdale, Florida. Of counsel was DAVID P. LHOTA, Malin Haley DiMaggio Bowen Lhota, P.A., of Fort Lauderdale, Florida.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, SCHALL, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 20, 2011      /s/ Jan Horbaly
Date      Jan Horbaly
     Clerk